# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM,                                    PLAINTIFF
ADC #128147

v.                           5:15CV00117-JM-JTK

WARDEN WATSON, et al.                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 7th day of May, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1